AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Jaime D Moody
*Plaintiff*
v.
Kwesi T Moody, et al.
*Defendant*

Case No. 1:26-cv-12639-NMG

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Experian Information Solutions, Inc. .

Date: 08/21/2026

/s/ Anne C. McNamara
*Attorney's signature*

Anne C. McNamara (Bar No. 715483)
*Printed name and bar number*

Goodwin Procter LLP
100 Northern Avenue
Boston, MA 02210
*Address*

AMcNamara@goodwinlaw.com
*E-mail address*

(617) 570-1967
*Telephone number*

(617) 523-1231
*FAX number*