**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JAIME D. MOODY,

Plaintiff,

v.

KWESI T. MOODY, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC, FREEDOM FINANCIAL ASSET MANAGEMENT, LLC d/b/a ACHIEVE PERSONAL LOANS, and FREEDOM FINANCIAL NETWORK FUNDING, LLC,

Defendants.

Case No: 1:26-cv-12639-NMG

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the United States District Court for the Western District of Missouri, the undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"), hereby certifies that the following listed parties are financially interested in the outcome of the case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Companies: The ultimate parent company of Experian is Experian plc.

2. Subsidiaries Not Wholly Owned: The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

   (a) Central Source LLC

   (b) Online Data Exchange LLC

   (c) New Management Services LLC

(d) VantageScore Solutions LLC

(e) Opt-Out Services LLC

3. Publicly Held Companies: Experian plc indirectly owns 100 percent of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: August 21, 2026

Respectfully submitted,

/s/ *Anne C. McNamara*

Anne C. McNamara (MA Bar No. 715483)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1967
Fax: (617) 523-1231
AMcNamara@goodwinlaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, a true and correct copy of the foregoing document was filed on CM/ECF and will automatically be served upon all parties of record.

/s/ *Anne C. McNamara*
Anne C. McNamara