**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| JAIME D. MOODY,<br><br>Plaintiff,<br><br>v.<br><br>KWESI T. MOODY, EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC, FREEDOM FINANCIAL ASSET MANAGEMENT, LLC d/b/a ACHIEVE PERSONAL LOANS, and FREEDOM FINANCIAL NETWORK FUNDING, LLC,<br><br>Defendants. | Case No: 1:26-cv-12639-NMG |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Experian Information Solutions, Inc. ("Experian") moves for the Court to extend the deadline for Experian to answer, moved against, or otherwise respond to the complaint filed by Plaintiff Jaime D. Moody ("Plaintiff") in this action (the "Complaint") to September 25, 2026. In seeking this extension, Experian does not waive any defenses, including those that may be presented pursuant to Federal Rule of Civil Procedure 12(b).

As grounds for this Motion, Experian states:

1. Plaintiff filed its Complaint on June 10, 2026. ECF 1.
2. Plaintiff served Experian with the Summons and Complaint on August 7, 2026, thereby setting August 28, 2026 as the deadline to file a responsive pleading.
3. Counsel for the Parties have conferred and Plaintiff does not oppose an extension of time for Experian to answer, move against, or otherwise respond to the Complaint.

4. Experian has not previously requested or received additional time to respond to the Complaint.

5. This request is being made in good faith and not for the purpose of delay as the Court has not yet entered a schedule, no party would be prejudiced by the requested extension, and Plaintiff does not oppose this extension.

Dated: August 21, 2026

Respectfully submitted,

/s/ *Anne C. McNamara*

Anne C. McNamara (MA Bar No. 715483)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
Phone: (617) 570-1967
Fax: (617) 523-1231
AMcNamara@goodwinlaw.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**LOCAL RULE 7.1(A)(2) CERTIFICATE**

I, Anne C. McNamara, hereby certify that counsel for Experian Information Solutions, Inc. conferred with counsel for Plaintiff Jaime D. Moody regarding the relief requested herein and they do not oppose the relief requested.

/s/ *Anne C. McNamara*
Anne C. McNamara

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, a true and correct copy of the foregoing document was filed on CM/ECF and will automatically be served upon all parties of record.

/s/ *Anne C. McNamara*
Anne C. McNamara