**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS (BOSTON)**

---

JAIME D. MOODY,
Plaintiff,

CASE NO. 1:26-cv-12639-NMG

vs.

KWESI T. MOODY; EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; FREEDOM FINANCIAL ASSET MANAGEMENT, LLC d/b/a ACHIEVE PERSONAL LOANS; and FREEDOM FINANCIAL NETWORK FUNDING, LLC;
Defendants.

---

**DEFENDANT TRANS UNION LLC'S RULE 7.1**
**CORPORATE DISCLOSURE STATEMENT**

---

Defendant Trans Union LLC, by counsel, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, states as follows:

TransUnion LLC discloses that the following parent corporations and publicly held companies own 10% or more of its stock: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully submitted,

*<u>/s/ Mardic Marashian</u>*

Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave., Suite 408
Arlington, MA 02476
Telephone: (617) 303-4502
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **26th day of August, 2026**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Adam L. Deutsch, Esq.<br>adam@northeastlawgroup.com | Annie McNamara, Esq.<br>amcnamara@goodwinlaw.com |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **26th day of August, 2026** properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/ Mardic Marashian*
Mardic A. Marashian, Esq. (BBO #548607)
Bonin & Marashian
1167 Mass Ave., Suite 408
Arlington, MA 02476
Telephone: (617) 303-4502
Fax: (617) 723-3163
E-Mail: mardic@boninmarashian.com

*Counsel for Defendant Trans Union LLC*